# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

Cherie Jacobs,

           Plaintiff,

v.

Citibank NA,

           Defendant.

Civil Action No.: _____

## COMPLAINT

For this Complaint, Plaintiff, Cherie Jacobs, by undersigned counsel, states as follows:

### JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. ("TCPA").

2. Venue lies in this district pursuant to 28 U.S.C. § 1391(b) in that the Defendant transacts business in the District and a substantial portion of the acts giving rise to this action occurred in the District.

### PARTIES

3. The Plaintiff, Cherie Jacobs ("Plaintiff"), is an adult individual residing in Washington, District of Columbia, and is a "person" as the term is defined by 47 U.S.C. § 153(39).

4. The Defendant, Citibank NA ("Citibank"), is a South Dakota business entity with an address of 399 Park Avenue, New York, New York 10043, and is a "person" as the term is defined by 47 U.S.C. § 153(39).

## **FACTS**

5. In or around January 2015, Citibank began calling Plaintiff's cellular telephone, number 202-xxx-0029.

6. When Plaintiff answered the calls from Citibank, she heard a prerecorded message requesting a call back from Timothy Parker.

7. Plaintiff never provided her cellular telephone number to Citibank and never provided her consent to Citibank to be contacted on her cellular telephone.

8. Moreover, Plaintiff spoke with a live representative and advised Citibank that she was being called in error, and as such, demanded that all calls to her cease.

9. Nonetheless, the calls persisted.

## **COUNT I**

## **VIOLATIONS OF THE TCPA – 47 U.S.C. § 227,** *ET SEQ***.**

10. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

11. At all times mentioned herein and within the last four years, Defendant called Plaintiff on her cellular telephone using an ATDS or predictive dialer and/or by using a prerecorded or artificial voice.

12. Plaintiff never provided her cellular telephone number to Defendant and never provided her consent to be contacted on her cellular telephone, and in fact instructed Defendant to cease all calls to her.

13. Defendant continued to place automated calls to Plaintiff's cellular telephone after being advised it had the wrong number and knowing there was no consent to continue the calls.

As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

14. The telephone number called by Defendant was assigned to a cellular telephone service for which Plaintiff incurs charges for incoming calls pursuant to 47 U.S.C. § 227(b)(1).

15. The calls from Defendant to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

16. Each of the aforementioned calls made by Defendant constitutes a violation of the TCPA.

17. Plaintiff is entitled to an award of $500.00 in statutory damages for each call placed in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

18. As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff prays that judgment be entered against Defendant:

A. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

B. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C);

C. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: January 17, 2017

Respectfully submitted,

By:   /s/ Jody Burton     
    Jody B. Burton, Esq.
    Lemberg Law, L.L.C.
    43 Danbury Road, 3rd Floor
    Wilton, CT 06897
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424
    Attorneys for Plaintiffs