**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| Cherie Jacobs, | : |
| | : |
| | : Civil Action No.: 1:17-cv-00109-CKK |
| Plaintiff, | : |
| v. | : |
| | : |
| Citibank NA, | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**<u>PURSUANT TO RULE 41(a)</u>**

Cherie Jacobs ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 18, 2017

                                                              Respectfully submitted,

                                                              PLAINTIFF, Cherie Jacobs

                                                              /s/ Jody B. Burton

                                                              Jody B. Burton, Esq.
                                                              LEMBERG LAW, L.L.C.
                                                              43 Danbury Road, 3rd Floor
                                                              Wilton, CT 06897
                                                              Telephone: (203) 653-2250
                                                              Facsimile:  (203) 653-3424
                                                              jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 18, 2017, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By  /s/ Jody B. Burton_____

                                           Jody B. Burton