# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERIE JACOBS,<br>    Plaintiff,<br><br>         v.<br><br>CITIBANK NA,<br>    Defendant. | **Civil No. 17-109 (CKK)** |

# ORDER
(April 19, 2017)

In light of Plaintiff's [6] Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice Pursuant to Rule 41(a), it is, this 19th day of April, 2017, hereby

**ORDERED** that this case is DISMISSED WITH PREJUDICE.

**SO ORDERED.**

                                        /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge